**Expedited hearing shall be held on 3/7/2019 at 01:00 PM in Austin Courtroom 2. Movant is responsible for notice.**



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 28, 2019.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| IN RE ) ) ) TECHCRETE CONTRACTING, INC. ) ) ) ) ) ) | CHAPTER 7 CASE NO. 18-11601 |

**ORDER GRANTING
MOTION OF LEGACY MCS/ANDREW BREWER TO
EXPEDITE HEARING ON MOTION TO QUASH
AND/OR LIMIT SUBPOENA**

On this date came on for consideration the Motion filed by Legacy MCS/Andrew Brewer ("Movant") requesting an expedited hearing on the Motion to Quash and/or Limit Subpoena filed on February 27, 2019. The Court finds that the Motion should be granted as set forth below.

ACCORDINGLY, IT IS THEREFORE ORDERED that the Motion to Quash and/or Limit Subpoena is scheduled for expedited hearing on the date and time listed above.

# # #

```
United States Bankruptcy Court
Western District of Texas
```

In re:                                                                  Case No. 18-11601-tmd
TechCrete Contracting, Inc.                                             Chapter 7
        Debtor                  **CERTIFICATE OF NOTICE**

District/off: 0542-1        User: wallacea              Page 1 of 1           Date Rcvd: Feb 28, 2019
                            Form ID: pdfintp            Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2019.
db          +TechCrete Contracting, Inc.,    31330 B Ranch Road 12,    Dripping Springs, TX 78620-5424
intp        +Andrew Brewer,    Legacy MCS,    205 Wild Basin Road South,    Building 1,    Austin, TX 78746-3341
ptcrd        DML Construction & Structure, Inc.,    12128 Buenos Aires,    Del Valle, TX  78617
ptcrd       +HP.Concrete, LLC,    3408 E. 12th Street,    Austin, TX 78721-1004
cr          +Hays County,    c/o Tara LeDay,    P. O. Box 1269,   Round Rock, TX 78680-1269
ptcrd       +Herzog Foundation Drilling, Inc.,    PO Box 1040,    Pflugerville, TX 78691-1040

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: ustpregion07.au.ecf@usdoj.gov Mar 01 2019 00:43:45      United States Trustee - AU7,
              U.S. Trustee's Office,    903 San Jacinto Blvd, Suite 230,    Austin, TX 78701-2450
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2019 at the address(es) listed below:
              Catherine T Than    on behalf of Interested Party Andrew  Brewer cthan@bickerstaff.com
              Randolph N Osherow    rosherow@hotmail.com, rosherow@ecf.epiqsystems.com
              Stephen W. Sather    on behalf of Petitioning Creditor    Herzog Foundation Drilling, Inc.
               ssather@bn-lawyers.com,    gmagnuson@bn-lawyers.com;bbarron@bn-lawyers.com;kelliott@bn-lawyers.com
              Stephen W. Sather    on behalf of Petitioning Creditor    HP.Concrete, LLC ssather@bn-lawyers.com,
               gmagnuson@bn-lawyers.com;bbarron@bn-lawyers.com;kelliott@bn-lawyers.com
              Stephen W. Sather    on behalf of Petitioning Creditor    DML Construction & Structure, Inc.
               ssather@bn-lawyers.com,    gmagnuson@bn-lawyers.com;bbarron@bn-lawyers.com;kelliott@bn-lawyers.com
              Tara  LeDay    on behalf of Creditor    Hays County
               tleday@ecf.courtdrive.com;kmorriss@mvbalaw.com;ccain@mvbalaw.com;vcovington@mvbalaw.com;bankruptc
               y@mvbalaw.com;jwilliams@mvbalaw.com;alocklin@mvbalaw.com
              William R Nix, III    on behalf of Debtor    TechCrete Contracting, Inc. trip.nix@wallerlaw.com,
               sherri.savala@wallerlaw.com
                                                                                             TOTAL: 7