

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TECHCRETE CONTRACTING, INC., | § | Case No: **18-11601-tmd** |
| | § | Chapter 7 |
| Debtor. | § | |

### NOTICE OF RESCHEDULED 341 MEETING

**PLEASE TAKE NOTICE** that the Debtor's 341 Meeting has been reset from **May 17, 2019 to May 31, 2019 at 11:00 a.m.** at the United States Bankruptcy Court, 903 San Jacinto, Suite 322, Austin, TX 78701.

Respectfully submitted,

LAW OFFICE OF WILLIAM HOLMS

By: /s/ *William R. Holms*
William R. Holms
State Bar No. 09913950
700 Lavaca Street, Suite 1400
Austin, Texas 78701
(512) 334-6600
(512) 334-6601 (FAX)
rholms@aol.com

ATTORNEYS FOR JEFFREY GOSS

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2019, a true and correct copy of the foregoing document was served upon those parties receiving the Court's ECF e-mail notifications for this case, as listed on the attached service list and by United States First Class Mail on the Full Service List attached.

/s/ *William R. Holms*
William R. Holms

## SERVICE LIST

**Debtor**
Techcrete Contracting, Inc.
31330 B Ranch Road 12
Dripping Springs, TX 78620

**Trustee**
Randolph N. Osherow
342 W. Woodlawn, Suite 100
San Antonio, TX 78212

**Petitioning Creditors**
DML Construction & Structure, Inc.
12128 Buenos Aires
Del Valle, TX 78617

Herzog Foundation Drilling, Inc.
PO Box 1040
Pflugerville, TX 78691

HP Concrete, LLC
3408 E. 12th Street
Austin, TX 78721

**Parties Requesting Notice**
Mr. Stephen W. Sather
Barron & Newburger PC
7320 N. MoPac Expy, Suite 400
Austin, TX 78731

Tara LeDay
McCreary, Veselka, Bragg & Allen, PC
P.O. Box 1269
Round Rock, TX 78680

**ALL CREDITORS**
Adrian Urgell
13021 Noche Clara
Del Valle, TX 78617

ALMANZA, BLACKBURN & DICKIE LLP
2301 S. Capital of Tx Hwy
Bldg H
Austin, TX 78746

ALUMA SYSTEMS
2190 ALUMA SYSTEMS CONC CONST
PO BOX 91473
CHICAGO, IL 60693

Andrade/s Concrete
12136 Loma Vista Circle
Del Valle, TX 78617

ARC
PO Box 203890
Dallas, TX 753203890

AT&T
PO Box 930170
Dallas, TX 753930170

Bobcat of Austin
Dept #41794
PO Box 650823
Dallas, TX 786205424

Briggs & Veselka
Nine Greenway Plaza
Suite 1700
Houston, TX 77046

Capital One Bank (USA), N.A.
P.O. Box 60599
City of Industry, CA 91716-0599

CBS Rental & Supply
PO Box 4458
Dept 142
Houston, TX 772104458

Centex Materials LP
Attn. Linda Rackley
3019 Alvin Devane Blvd. # 100
Austin, TX 78741

Chevron and Texaco Business Card
P.O. Box 639
Portland, ME 4104

18-11601-tmd Doc#27 Filed 05/06/19 Entered 05/08/19 13:02:17 Main Document Pg 4 of 6

City of Austin
P.O. Box 2267
Austin, TX 78783

CMC Construction Services
P O Box 844573
DALLAS, TX 752844573

Commercial Metal Company
Attn: 1439
PO Box 844579
Dallas, TX 752844579

Consolidated Reinforcement, LP
13801 Avenue K
Austin, TX 78728

DeShazo & Nesbitt LLP
809 West Avenue
Austin, TX 78701

DML Construction & Structure
12828 Buenos Aires PkWy
Del Valle, TX 78617

Dreamer's Curbs Inc.
3801 Leffingwell
Houston, TX 77026

DSR CURB, LLC
10898 JoAnn St
Willis, TX 77381

FABCO, LLC
13835 Beaumont Hwy.
Houston, TX 77049

Federal Express
P.O. Box 660481
Dallas, TX 75266

Ferguson Waterworks
6825 Wallisville rd
Houston, TX 770203258

FINECURBS
6212 Norland St
Houston, TX 77022

Ford Credit
PO Box 650575
Dallas, TX 752650575

G4 Spatial Technologies
P.O. Box 81771
Austin, TX 78708

Geraldo Alvarez
1105 Rutland Dr., #19
Austin, TX 78758

H&E Equipment Services LLC
P.O. Box 849850
Dallas, TX 752849850

HERC RENTALS INC
PO Box 650280
Dallas, TX 752650280

HP Concrete
3406 E. 12 St
Austin, TX 78721

Integritek
P. O. Box 160081
Austin, TX 78716

Internal Revenue Service
9430 Research Blvd.
Stop 5220 AUNW
Austin, TX 78759

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

IRS - health insurance penalty
1973 North Rulon White Blvd
Ogden, UT 842010062

034522-88469/4847-6366-4778.1 Page 4

Ismael Fuentes
220 Apaloosa #8
Del Valle, TX 78616

Isreal Galvan
6110 Caroline Lane
Austin, TX 78741

Jeff Goss
501 South Lariat Circle
Dripping Springs, TX 78620

Jesus Garcia
118 Del Rio Cove
Austin, TX 78617

Jose Vasquez
304 Gree Pastures
Kyle, TX 78620

Juan Miguel
105 Lilac Way
Kyle, TX 78620

Juan Ortiz
118 Del Rio
Cedar Creek, TX 78612

Kris-Con Rents
6800 Bingle
Houston, TX 77092

Lendini
P.O Box 519
Langhorn, PA 19047

Manuel Armenta
5203 Acorn Cv, #B
Austin, TX 78744

Manuel Lopez
1704 Nolms Dr. #2422
Austin, TX 78744

Martin Marietta
P O Box 677061
Dallas, TX 752677061

Mobile Mini, Inc.
Acct. No. 21033843
PO Box 7144
Pasadena, CA 911097144

National Funding, Inc.
9820 Towne Centre Drive
San Diego, CA 92121

Nicolas Acosta
750 Silent Valley Road #11
Lockhart, TX 78644

Nissan Motor Acceptance
PO Box 742658
Cincinnati, OH 452742658

Ram Tool & Supply Co.
P.O. Box 743487
Atlanta, GA 303743487

RAMSEY AUTOMOTIVE
1225 W. Highway 290 #B
Dripping Springs, TX 78620

Raul Vasquez
103 Lilac Way
Kyle, TX 78620

Raymond McCall
10802 Paluxy Pass
Austin, TX 78726

Ready Refresh
6661 Dixie Hwy Suite 4
Louisville, KY 40258

Rental One
P.O. Box 489
Colleyville, TX 76034

Rob Johnson
31300 Ranch Road 12
Dripping Springs, TX 78620

Roman Cisneros
271 Waterfall Lane
Kyle, TX 78640

Rosario Ramos Trucking
13004 Vizquel loop
Del Valle, TX 78617

RSS Reinforcing Steel
13731 Avenue K
Austin, TX 78728

Santiago Vasquez
330 Lonie Lane
Kyle, TX 78640

Sprint
0633961805-5
P.O. Box 660092
Dallas, TX 752660092

State of Texas - Unemployment
101 E. 15th St., Room 370
Austin, TX 78778-0001

Structural Technologies
15600 Trinity Blvd., Suite 118
Fort Worth, TX 76155

Tanilo Gomez
103 Lilac Way
Kyle, TX 78640

Tex-Con Oil Co.
P.O. Box 18463
Austin, TX 78760

Texas Cutting & Coring, LP
17 Indian Meadows
Round Rock, TX 786659516

Texas Environmental Concrete
1945 W CR 419, Suite 1141-206
Oviedo, FL 32766

Texas First Rental
PO BOX 650869
DALLAS, TX 75265

Texas Mutual Insurance Company
P O Box 841843
Dallas, TX 752841843

TexMix
P.O. Box 830
Leander, TX 78641

TLC Office Systems
8711 Fallbrook
Houston, TX 77064

TX Child Support SDU
PO Box 659791
San Antonio, TX 782659791

We Rent It
16536 South IH -35
Buda, TX 78610

Wells Fargo
P.O. Box 105743
Atlanta,, GA 303485743

Wells Fargo Vendor Fin Serv
PO Box 105743
Atlanta, GA 303485743

Western Concrete Pumping
2181 La Mirada Dr.
Vista, CA 920818830