UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

In re: §
§
TECHCRETE CONTRACTING, INC. § Case No. 18-11601-HCM-7
§
§
Debtor(s). §

## NO-ASSET REPORT with a (Form 1)

The undersigned trustee reports to the Court that the Section 341 Meeting of Creditors was concluded on <u>July 8, 2019</u>; that I have neither received any property nor paid any money on account of this estate except exempt property; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of property available for distribution from the estate over and above that exempted by law.

Pursuant to FRBP 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that this report be approved, and that I be discharged from any further duties as trustee.

The undersigned trustee certified that on this date, a copy was mailed to the U. S. Trustee, Debtor(s) and the attorney for the debtor(s).

## REPORT OF ABANDONMENT

Pursuant to local rule 6007(a)(1), the undersigned trustee reports the abandonment of the following property (if real property, give legal description):

The trustee is satisfied that the above-described property has no value to the estate because:

Dated: <u>08/08/19</u>         /s/ Randolph N. Osherow
                              RANDOLPH N. OSHEROW, Trustee
                              State Bar No. TX15335500
                              342 West Woodlawn, Suite 100
                              San Antonio, TX 78212
                              Telephone (210) 738-3001
                              Fax (210) 737-6312
                              rosherow@hotmail.com

Case No: 18-11601　HCM　Judge: H. Christopher Mott-Austin

Case Name: TECHCRETE CONTRACTING, INC.

For Period Ending: 08/08/19

Trustee Name: RANDOLPH N. OSHEROW

Date Filed (f) or Converted (c): 12/04/18 (f)

341(a) Meeting Date: 04/26/19

Claims Bar Date: 08/05/19

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Adm (FA)/ Gross Value of Remain Assets | Lien Amount | Exempt Amount |
| 1. checking acct First United Bank ending 7033 | 95.05 | 95.05 | | 0.00 | FA | 0.00 | 0.00 |
| 2. checking acct First United Bank ending 7306 | 858.32 | 858.32 | | 0.00 | FA | 0.00 | 0.00 |
| 3. accts receivable 90 days or less | 275,000.00 | 275,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. accts receivable over 90 days old | 500,000.00 | 500,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. office eqiupment, furniture, computers, telephones | 3,000.00 | 3,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6. Claim against Joeris General Contractors | 876,677.28 | 876,677.28 | | 0.00 | FA | 0.00 | 0.00 |
| 7. Claim against Cadence McShane | 256,507.50 | 256,507.50 | | 0.00 | FA | 0.00 | 0.00 |
| 8. Claim against Oden hughes, LLC | 252,314.00 | 252,314.00 | | 0.00 | FA | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $2,164,452.15 | $2,164,452.15 | | $0.00 | $0.00 | $0.00 | $0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE PROP# 5---printers, etc

Initial Projected Date of Final Report (TFR): 12/31/20　　Current Projected Date of Final Report (TFR): 12/31/20